**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 96-2582

STANISLAW W. ZAJACZKOWSKI,

Plaintiff - Appellant,

versus

JOLANTA T. ZAJACZKOWSKI,

Defendant - Appellee.

Appeal from the United States District Court for the District of Maryland, at Greenbelt.  Peter J. Messitte, District Judge.  (CA-96-1799-PJM)

Submitted:  May 1, 1997

Decided:  May 7, 1997

Before WIDENER and MURNAGHAN, Circuit Judges, and PHILLIPS, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Stanislaw W. Zajaczkowski, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's orders (1) denying his petition for return of a child pursuant to the Hague Convention on the Civil Aspects of International Child Abduction and its implementing legislation, the International Child Abduction Remedies Act, 42 U.S.C.A. §§ 11601-11610 (West 1995); and (2) denying his motion for reconsideration, Fed. R. Civ. P. 59. Our review of the record and the district court's orders discloses no reversible error. Accordingly, we affirm on the reasoning of the district court. Zajaczkowski v. Zajaczkowski, No. CA-96-1799-PJM (D. Md. Oct. 7, 1996).[*] We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

                                                            AFFIRMED

---

[*] To the extent that Appellant's petition was denied for reasons other than those stated in the district court's order denying his motion for reconsideration, he has waived review of those issues by his failure to provide a transcript of that hearing. See Fed. R. App. P. 10(b)(2); Powell v. Estelle, 959 F.2d 22, 26 (5th Cir. 1992).